# MEMORANDUM DECISIONS.

ALLEN et ux. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 3, 1913.) No. 2,146. Appeal from the District Court of the United States for the Northern Division of the Eastern District of Washington; Frank H. Rudkin, Judge. B. C. Mosby, of Spokane, Wash., for appellants. Oscar Cain, U. S. Atty., and E. C. MacDonald, Asst. U. S. Atty., both of Spokane, Wash. Before GILBERT, ROSS, and MORROW, Circuit Judges.

ROSS, Circuit Judge. The government was awarded judgment by the court below in this suit, which was brought for the annulment of a patent theretofore issued by it to the appellant Charles F. Allen for a quarter section of land under the act of Congress known as the Timber and Stone Act (Act June 3, 1878, c. 151, 20 Stat. 89 [U. S. Comp. St. 1901, p. 1545]); the ground of the suit being the alleged fraud of the patentee in the procurement of the patent. We think it clear from a perusal of the evidence that we would not be justified in reversing the judgment appealed from. The judgment is affirmed.

---

H. G. HASTINGS & CO. et al. v. MALONE. (Circuit Court of Appeals, Fifth Circuit. January 28, 1913. On Petition for Rehearing, March 4, 1913.) No. 2,433. In Error to the District Court of the United States for the Western District of Texas; Thomas S. Maxey, Judge. O. T. Brown, of San Marcos, Tex., and S. W. Fisher, of Austin, Tex., for plaintiffs in error. Will G. Barber, of San Marcos, Tex., for defendant in error. Before SHELBY, Circuit Judge, and FOSTER, District Judge.

PER CURIAM. We find no error in the record. The rulings of the trial court were not in conflict with the opinion of this court when the case was here before. 193 Fed. 1, 113 C. C. A. 329.

The judgment is affirmed.

On Petition for Rehearing.

PER CURIAM. The evidence offered required the case to be submitted to the jury. We find no reversible error in the rulings or charge of the court on the trial. The petition for a rehearing is overruled.